UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60054-CR-ZLOCH

UNITED STATES OF AMERICA,

        Plaintiff,

**OMNIBUS ORDER**

vs.

EARL R. WOLFE,

        Defendant.
_____/

        THIS MATTER is before the Court upon the following Motions filed by Defendant Earl Wolfe: 1) Notice Of Filing For Indictment Accepted And Returned (DE 52), which the Court construes as a Motion To Dismiss Indictment; 2) Notice Of Filing For The Government's Third Response To The Standing Discovery Order Accepted And Returned (DE 53), which the Court construes as a Second Motion To Dismiss Indictment; 3) Notice Of Filing For Mandatory Judicial Notice And Objection To The Government's Opposition That The Law Is Frivolous (DE 101), which the Court construes as a Third Motion To Dismiss Indictment; 4) Mandatory Judicail [sic] Notice (DE 102), which the Court construes as a Fourth Motion To Dismiss Indictment; 5) Notice Of Filing For Abatement And Challenges To Jurisdiction (DE 103), which the Court construes as a Motion To Stay; 6) Petition In The Nature Of a Demand And Notice Of Abatement (DE 104), which the Court construes as a Second Motion To Stay; 7) Notice And Demand For Abatement (DE 106), which the Court construes as a Third Motion To Stay; 8) Notice Of Filing For Nunc Pro Tunc And Filing Statements 1999 Thru

2004 (DE 113), which the Court construes as a Fifth Motion To Dismiss Indictment; 9) Notice Of Removal (DE 123), which the Court construes as a Fourth Motion To Stay; 10) Amended Notice Of Filing Notice Of Removal In Limine Claim Of Privilege/Trial Preparation Material (DE 126), which the Court construes as a Fifth Motion To Stay. The Court has carefully reviewed said Motions and the entire court file and is otherwise fully advised in the premises.

Defendant's numerous Motions seek the following two forms of relief from the Court, 1) a dismissal of the Indictment and 2) a stay of this case for the purpose of changing venue. The Court finds no reason to dismiss the Indictment or to stay the case. The authority of the United States to bring the charges listed in the Indictment is well established. Also, Defendant's assertion that this case should be transferred to an Admiralty Court in Texas is misplaced. Thus, Defendant has failed to raise a legitimate challenge to the venue of this case or otherwise establish a basis for staying the case.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. That Defendant Earl Wolfe's Notice Of Filing For Indictment Accepted And Returned (DE 52), which the Court construes as a Motion To Dismiss Indictment, be and the same is hereby **DENIED;**

2. That Defendant Earl Wolfe's Notice Of Filing For The Government's Third Response To The Standing Discovery Order Accepted And Returned (DE 53), which the Court construes as a

Second Motion To Dismiss Indictment, be and the same is hereby **DENIED**;

3. That Defendant Earl Wolfe's Notice Of Filing For Mandatory Judicial Notice And Objection To The Government's Opposition That The Law Is Frivolous (DE 101), which the Court construes as a Third Motion To Dismiss Indictment, be and the same is hereby **DENIED**;

4. That Defendant Earl Wolfe's Mandatory Judicail [sic] Notice (DE 102), which the Court construes as a Fourth Motion To Dismiss Indictment, be and the same is hereby **DENIED**;

5. That Defendant Earl Wolfe's Notice Of Filing For Abatement And Challenges To Jurisdiction (DE 103), which the Court construes as a Motion To Stay, be and the same is hereby **DENIED**;

6. That Defendant Earl Wolfe's Petition In The Nature Of a Demand And Notice Of Abatement (DE 104), which the Court construes as a Second Motion To Stay, be and the same is hereby **DENIED**;

7. That Defendant Earl Wolfe's Notice And Demand For Abatement (DE 106), which the Court construes as a Third Motion To Stay, be and the same is hereby **DENIED**;

8. That Defendant Earl Wolfe's Notice Of Filing For Nunc Pro Tunc And Filing Statements 1999 Thru 2004 (DE 113), which the Court construes as a Fifth Motion To Dismiss Indictment, be and the same is hereby **DENIED**;

9. That Defendant Earl Wolfe's Notice Of Removal (DE 123), which the Court construes as a Fourth Motion To Stay, be and the same is hereby **DENIED**;

10. That Defendant Earl Wolfe's Amended Notice Of Filing

Notice Of Removal In Limine Claim Of Privilege/Trial Preparation Material (DE 126), which the Court construes as a Fifth Motion To Stay, be and the same is hereby **DENIED.**

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___8th___ day of August, 2008.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record

Earl R. Wolfe, pro se
12149 153 Road North
Jupiter, FL 33478

4